# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### KANSAS CITY DIVISION

Bryan E. Sheppard )
)
    Plaintiff, )
)
v. )
)   Case No. 4:17-cv-1037
)
United States Department of Justice )
)
    Defendant )
)

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's Order of April 3, 2018, the parties have conferred and now respectfully submit their Joint Proposed Scheduling Order. Presently, the parties anticipate that the filing of summary judgment motions will resolve this matter and propose the following dates for summary judgment briefing:

1. Defendant's Motion for Summary Judgment and supporting *Vaughn* index shall be filed on or before August 7, 2018;

2. Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be filed on or before September 14, 2018;

3. Defendant's Reply in Support of Motion for Summary Judgment shall be filed on or before October 3, 2018;

4. Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be filed on or before October 30, 2018;

5. Plaintiff's Reply in Support of Cross-Motion for Summary Judgment shall be filed on or before November 20, 2018.

The parties reserve the right to conduct limited discovery after reviewing the opposing party's dispositive motion(s), as permitted by applicable rules. The parties further request that the Court conduct an *in camera* review of the documents at the appropriate time prior to hearing on the dispositive motions.

Dated: May 3, 2018

Respectfully submitted,

/s/ *Stephanie S. Sankar*
SHOOK, HARDY & BACON LLP
Megan M. Egli, MO Bar No: 60187
Stephanie S. Sankar, MO Bar No.:  61156
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone:   (816) 474-6550
Facsimile:   (816) 421-5547
megli@shb.com
ssankar@shb.com
ATTORNEYS FOR PLAINTIFF BRYAN E.
SHEPPARD

/s/ *Jane Pansing Brown*
Jane Pansing Brown, MO Bar No.: 30658
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
jane.brown@usdoj.gov
ATTORNEY FOR DEFENDANT US
DEPARTMENT OF JUSTICE

2